IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>                        Plaintiff,<br><br>   v.<br><br>JONES, et al.,<br><br>                        Defendants. | Case No. 2:24-cv-01780-DAD CKD<br><br>~~[PROPOSED]~~ ORDER |

After reviewing Defendants' Request to Opt Out of Court's Post Screening ADR Project, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 19) is GRANTED.

2. The ADR stay of this action is LIFTED.

3. Defendants shall file an Answer within 14 days of the date of this order.

Dated: August 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, powe1780.optout

1