UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br>Plaintiff,<br>v.<br>JONES, et al.,<br>Defendants. | No. 2:24-cv-1780 DAD CKD P<br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis seeking relief under 42 U.S.C. § 1983. Plaintiff proceeds on a claim under the Eighth Amendment against defendant Jones for excessive force and a claim against defendant Carpenter for failure to protect. (ECF Nos. 1, 8.)

On May 29, 2026, defendants filed a motion to compel seeking an order compelling plaintiff to respond, without objections, to defendant Jones' requests for production of documents, set one. (ECF No. 28.) Plaintiff has not opposed the motion or filed a statement of non-opposition even after the court specifically cautioned him that he was required to do so and granted an extension of time for that purpose. (See ECF No. 29.) The court construes plaintiff's failure to file an opposition or statement of non-opposition to the motion as consent to have the motion granted. See Local Rule 230(l).

////

Good cause appearing, IT IS ORDERED as follows:

1. Defendants' motion to compel (ECF No. 28) is GRANTED.
2. Plaintiff shall provide responses without objections to defendant Jones's Request for Production of Documents, Set One, within 21 days of the date of this order.
3. Plaintiff is cautioned that failure to comply with this court order may result in sanctions up to and including dismissal of this case.

Dated: August 12, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 powe1780.mtc