UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br>Plaintiff,<br>v.<br>JONES, et al.,<br>Defendants. | No. 2:24-cv-1780 DAD CKD P<br><br><u>ORDER</u> |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis seeking relief under 42 U.S.C. § 1983. Plaintiff proceeds on a claim under the Eighth Amendment against defendant Jones for excessive force and a claim against defendant Carpenter for failure to protect. (ECF Nos. 1, 8.) On August 13, 2026, the court granted defendants' motion to compel and ordered plaintiff to provide responses without objections to defendant Jones's Request for Production of Documents, Set One, within 21 days. (ECF No. 30.)

On August 24, 2026, plaintiff filed a notice of change of address which also requested a temporary stay of this case. (ECF No. 31.) In that motion, plaintiff alleges non-party prison officials interfered with his right to litigate multiple cases by delaying access to and destroying some of plaintiff's legal materials and denying law library access. (<u>Id.</u> at 1-2.) Defendants Jones and Carpenter did not file an opposition to the request for a stay of the case and the time afforded under the local rules to do so has expired. (<u>Id.</u>)

Plaintiff's request for a stay does not adequately explain how the alleged interference impedes his ability to litigate this case. Plaintiff does not identify the documents in question or explain how lack of access to the documents or the law library prevented him from providing responses without objections to defendant Jones's Request for Production of Documents, Set One. The court will deny plaintiff's request for a stay.

However, considering defendants' non-opposition to plaintiff's request for a stay of this case, the court will grant plaintiff an additional extension of time of 14 days from the date of this order to provide responses without objections to defendant Jones's Request for Production of Documents, Set One, if he has not already done so. Defendants shall file any further motion to compel or motion for discovery sanctions on or before January 4, 2027. All pretrial motions, except motions to compel discovery, shall be filed on or before March 5, 2027.

Good cause appearing, IT IS ORDERED as follows:

1. Sua sponte, the court grants plaintiff an additional extension of time of 14 days from the date of this order to either provide responses without objections to defendant Jones's Request for Production of Documents, Set One, or seek an additional extension of time to do so, if necessary. Any further request for an extension of time must show circumstances outside of plaintiff's control and explain with specificity why plaintiff cannot comply (i.e., what documents plaintiff lacks access to and what steps plaintiff has taken to obtain access to the documents).
2. Plaintiff is cautioned that failure to comply with this order may result in sanctions up to and including dismissal of this case.
3. Any further motion to compel or motion for discovery sanctions shall be filed on or before January 4, 2027.
4. All pretrial motions, except motions to compel discovery, shall be filed on or before March 5, 2027.

////

////

////

5. In all other respects the terms of the Discovery and Scheduling Order filed on September 18, 2025, remain in effect.

Dated: November 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 powe1780.sched